IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RIPALKUMAR PATEL; and DISHA PATEL, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, et al., <br><br> Defendants. | CIVIL ACTION NO.: 4:23-cv-273 |

**O R D E R**

Plaintiffs filed their Complaint initiating this action on September 21, 2023. (Doc. 1.) None of the Defendants have filed an answer or a motion for summary judgment. On December 29, 2023, Plaintiffs and Defendants, by and through their counsel, filed a Consent Motion for Voluntary Dismissal, stating that all parties desire and agree to have the case dismissed without prejudice. (Doc. 7.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the case has been **DISMISSED WITHOUT PREJUDICE**, (id.), and the Court **DIRECTS** the Clerk of Court to **TERMINATE** all pending motions and to **CLOSE** this case.

**SO ORDERED**, this 3rd day of January, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA